EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>César Echevarría González | 2020 TSPR 107<br><br>205 DPR _____ |

Número del Caso: TS-4,896

Fecha: 17 de septiembre de 2020

Abogado de la parte peticionaria:

     Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

César Echevarría González    TS-4,896

RESOLUCIÓN

San Juan, Puerto Rico, a 17 de septiembre de 2020.

Examinada la *Moción en Solicitud de Readmisión al Ejercicio de la Abogacía,* presentada el 14 de septiembre de 2020, por el Sr. César Echevarría González, se ordena la reinstalación de éste al ejercicio de la abogacía.

Se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres no intervino.

José Ignacio Campos Pérez
Secretaria del Tribunal Supremo